**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES E. BURKHOLDER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-20841<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/06/2014 and confirmed on 5/9/14 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 124,510.00 |
| Less Refunds to Debtor | | 3,417.72 | |
| TOTAL AMOUNT OF PLAN FUND | | | 121,092.28 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 3,000.00 | |
|    Trustee Fee | | 5,094.73 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,094.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 13,592.41 | 0.00 | 13,592.41 |
|     Acct: 3901 | | | | |
|   PNC BANK NA | 1,472.17 | 1,472.17 | 0.00 | 1,472.17 |
|     Acct: 3901 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 2,923.83 | 2,923.83 | 420.54 | 3,344.37 |
|     Acct: 0084 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 1,764.54 | 1,764.54 | 253.72 | 2,018.26 |
|     Acct: 0083 | | | | |
|   NORTH UNION TWP MUNICIPAL SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1433 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLIN | 3,303.11 | 3,303.11 | 0.00 | 3,303.11 |
|     Acct: 0727 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 38,714.16 | 38,714.16 | 2,953.84 | 41,668.00 |
|     Acct: 1626 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC | 15,414.89 | 15,414.89 | 2,071.37 | 17,486.26 |
|     Acct: 4469 | | | | |
|   PNC BANK NA | 3,227.54 | 3,227.54 | 179.97 | 3,407.51 |
|     Acct: 3551 | | | | |
| | | | | 86,292.09 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES E. BURKHOLDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES E. BURKHOLDER | 3,417.72 | 3,417.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 16,843.42 | 16,843.42 | 0.00 | 16,843.42 |
|     Acct: 5729 | | | | |
| | | | | 16,843.42 |

14-20841                                                                                                        Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     NORTH FAYETTE COUNTY MUNICIPAL A | 50.60 | 50.60 | 0.00 | 50.60 |
|       Acct: 3804 | | | | |
|     ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXX3408 | | | | |
|     ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE(*) | 1,104.57 | 1,104.57 | 0.00 | 1,104.57 |
|       Acct: 9976 | | | | |
|     COLUMBIA GAS OF OHIO INC | 1,176.30 | 1,176.30 | 0.00 | 1,176.30 |
|       Acct: 0029 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE(*) | 3,975.31 | 3,975.31 | 0.00 | 3,975.31 |
|       Acct: 6461 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA F | 880.12 | 880.12 | 0.00 | 880.12 |
|       Acct: 1937 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     MARTINS FLOWERS AND SHRUBS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2014 | | | | |
|     RENT A CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3402 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 709.66 | 709.66 | 0.00 | 709.66 |
|       Acct: 6866 | | | | |
|     TRS RECOVERY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7744 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 729.49 | 729.49 | 0.00 | 729.49 |
|       Acct: 2676 | | | | |
|     WEST PENN POWER* | 573.15 | 573.15 | 0.00 | 573.15 |
|       Acct: 7855 | | | | |
|     INTERNAL REVENUE SERVICE* | 662.84 | 662.84 | 0.00 | 662.84 |
|       Acct: 5729 | | | | |
|     GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXPRAE | | | | |
| | | | | 9,862.04 |

TOTAL PAID TO CREDITORS                                                                                                                                       112,997.55

| TOTAL | |
|---|---:|
| CLAIMED | 16,843.42 |
| PRIORITY | 66,820.24 |
| SECURED | 9,862.04 |

Date: 04/26/2019                                                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JAMES E. BURKHOLDER<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:14-20841<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                      BY THE COURT:


                                                                      _____
                                                                      U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 14-20841-CMB
James E. Burkholder                                               Chapter 13
          Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                  Page 1 of 2                  Date Rcvd: Apr 29, 2019
                               Form ID: pdf900             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             +James E. Burkholder,    1246 Connellsville Road,    Lemont Furnace, PA 15456-1072
cr             +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
cr             +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
13823459        Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
13823460      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     200 Civic Center Drive--11th Floor,
                 Columbus, OH  43215)
13807141       +District Judge Chas. M. Christner, Jr.,    112 Walnut Lane--Suite 1,
                 West Newton, PA 15089-1170
13807143       +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    2 West Main Street--Suite 517,
                 Uniontown, PA 15401-3408
13807142       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13807144        First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13823461       +Macy's,   Bankruptcy Processing,    P.O. Box 8066,    Mason, OH 45040-8066
13807148       +Martins Flowers & Shrubs,    5045 State Route 51N,    Belle Vernon, PA 15012-2930
13823462        North Fayette County Municipal Authority,     1634 University Drive,    P.O. Box 368,
                 Dunbar, PA  15431-0368
13818441       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13807151       +PNC Bank,   Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13807150        PNC Bank,   Attn: Bankruptcy Department,    P.O. Box 5570,    Brecksville, OH 44101-0570
13807149        Penn Credit,   916 S 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13807153        Sears,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
13807154        Sterling/JB Robinson Jewelers,    P.O. Box 1799,    Akron, OH 44309-1799
13807155        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 03:11:13
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2019 02:47:06
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13823458       +E-mail/Text: holly.tylka@advanceddisposal.com Apr 30 2019 02:42:11      Advanced Disposal,
                 P.O. Box 266,   1184 McClellandtown Road,     McClellandtown, PA 15458-1118
13807139        E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13810842        E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23
                 Ally Financial serviced by Ally Servicing LLC,     PO Box 130424,    Roseville, MN 55113-0004
13807140       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:14      CareCredit/GECRB,
                 P.O. Box 103106,    Roswell, GA 30076-9106
13857699       +E-mail/Text: bankruptcy@cavps.com Apr 30 2019 02:42:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13807145       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:58
                 GE Capital Retail Bank/Home Design,    P.O. Box 103104,    Roswell, GA 30076-9104
13807146        E-mail/Text: cio.bncmail@irs.gov Apr 30 2019 02:41:32      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13807147       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:16      JC Penney/GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13892926        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2019 02:46:45
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13823463       +E-mail/Text: nutmsa@atlanticbb.net Apr 30 2019 02:42:28
                 North Union Twp Municipal Services Auth.,     120 Commonwealth Drive--Suite 101,
                 Lemont Furnace, PA 15456-1003
14381436        E-mail/Text: peritus@ebn.phinsolutions.com Apr 30 2019 02:42:48
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14657558        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 02:47:05
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13830777        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 02:41:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13820816        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 02:41:47
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
13851257        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 02:41:47
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13813377        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2019 02:47:06
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13807152       +E-mail/Text: bankruptcy@rentacenter.com Apr 30 2019 02:42:48      Rent-a-Center,
                 207 Wal Mart Drive,    Uniontown, PA 15401-8423
13823464        E-mail/Text: CollectionsCompliance@firstdata.com Apr 30 2019 02:42:53
                 TRS Recovery Services, Inc.,    P.O. Box 60022,    City of Industry, CA  91716-0022
```

```
District/off: 0315-2              User: dsaw                 Page 2 of 2                  Date Rcvd: Apr 29, 2019
                                  Form ID: pdf900            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13807156         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2019 02:41:41
                  Victoria's Secret/Comenity Bank,   Attn: Bankruptcy Department,   P.O. Box 182125,
                  Columbus, OH 43218-2125
13823465        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 30 2019 02:42:08     West Penn Power,
                  Customer Service Center,   P.O. Box 1392,   Fairmont, WV 26555-1392
13891227        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 30 2019 02:42:07     West Penn Power,
                  1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATION
cr              PNC BANK NATIONAL ASSOCIATION
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor James E. Burkholder dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```