**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES E. BURKHOLDER

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:14-20841

Chapter 13

Document No.: 179

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___14th___ day of ___June___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/14/19 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-20841-CMB
James E. Burkholder                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam              Page 1 of 2              Date Rcvd: Jun 14, 2019
                                Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db            +James E. Burkholder,    1246 Connellsville Road,    Lemont Furnace, PA 15456-1072
cr            +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
cr            +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
13823459       Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
13823460      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PA,     200 Civic Center Drive--11th Floor,
                Columbus, OH  43215)
13807141      +District Judge Chas. M. Christner, Jr.,    112 Walnut Lane--Suite 1,
                West Newton, PA 15089-1170
13807142      +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                Uniontown, PA 15401-3514
13807143      +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    2 West Main Street--Suite 517,
                Uniontown, PA 15401-3408
13807144       First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13823461      +Macy's,   Bankruptcy Processing,    P.O. Box 8066,    Mason, OH 45040-8066
13807148      +Martins Flowers & Shrubs,    5045 State Route 51N,    Belle Vernon, PA 15012-2930
13823462       North Fayette County Municipal Authority,    1634 University Drive,    P.O. Box 368,
                Dunbar, PA  15431-0368
13818441      +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13807151      +PNC Bank,   Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13807150       PNC Bank,   Attn: Bankruptcy Department,    P.O. Box 5570,    Brecksville, OH 44101-0570
13807149       Penn Credit,    916 S 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13807153       Sears,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
13807154       Sterling/JB Robinson Jewelers,    P.O. Box 1799,    Akron, OH 44309-1799
13807155       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 02:34:46
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2019 02:34:25
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
13823458      +E-mail/Text: holly.tylka@advanceddisposal.com Jun 15 2019 02:27:24       Advanced Disposal,
                P.O. Box 266,    1184 McClellandtown Road,    McClellandtown, PA 15458-1118
13807139       E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 02:26:30       Ally Financial,
                P.O. Box 130424,    Roseville, MN 55113-0004
13810842       E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 02:26:30
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13807140      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 02:33:58       CareCredit/GECRB,
                P.O. Box 103106,    Roswell, GA 30076-9106
13857699      +E-mail/Text: bankruptcy@cavps.com Jun 15 2019 02:27:33       Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13807145      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 02:33:56
                GE Capital Retail Bank/Home Design,    P.O. Box 103104,    Roswell, GA 30076-9104
13807146       E-mail/Text: cio.bncmail@irs.gov Jun 15 2019 02:26:39       Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13807147      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 02:34:41       JC Penney/GE Capital Retail Bank,
                Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13892926       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2019 02:34:50
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13823463      +E-mail/Text: nutmsa@atlanticbb.net Jun 15 2019 02:27:38
                North Union Twp Municipal Services Auth.,    120 Commonwealth Drive--Suite 101,
                Lemont Furnace, PA 15456-1003
14381436       E-mail/Text: peritus@ebn.phinsolutions.com Jun 15 2019 02:27:59
                PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14657558       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 02:34:24
                Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13830777       E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2019 02:26:53
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13820816       E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2019 02:26:53
                Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                Kirkland, WA  98083-0788
13851257       E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2019 02:26:53
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13813377       E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2019 02:34:02
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13807152      +E-mail/Text: bankruptcy@rentacenter.com Jun 15 2019 02:28:00       Rent-a-Center,
                207 Wal Mart Drive,    Uniontown, PA 15401-8423
13823464       E-mail/Text: CollectionsCompliance@firstdata.com Jun 15 2019 02:28:05
                TRS Recovery Services, Inc.,    P.O. Box 60022,    City of Industry, CA  91716-0022
```

```
District/off: 0315-2          User: dkam              Page 2 of 2                   Date Rcvd: Jun 14, 2019
                              Form ID: pdf900         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13807156         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 15 2019 02:26:49
                   Victoria's Secret/Comenity Bank,   Attn: Bankruptcy Department,   P.O. Box 182125,
                   Columbus, OH 43218-2125
13823465        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2019 02:27:21     West Penn Power,
                   Customer Service Center,   P.O. Box 1392,   Fairmont, WV 26555-1392
13891227        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2019 02:27:20     West Penn Power,
                   1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATION
cr              PNC BANK NATIONAL ASSOCIATION
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor James E. Burkholder dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```